UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN<br>510 I Street, NW #5<br>Washington, DC 20001<br><br>             Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA,<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Officer Charles D. Monk<br>Individually and as an MPD Officer<br>415 4th Street, SW<br>Washington, DC 20024<br><br>Officer Nicole Ha<br>Individually and as an MPD Officer<br>Chinatown Substation<br><br>Officer Chancham Spears<br>Individually and as an MPD Officer<br>Chinatown Substation<br><br>Red Roof Inns, Inc.<br>Trading as "Red Roof Inn"<br>Serve on<br>Corporation Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants District of Columbia and Officer Nicole Ha, by and through undersigned counsel, respectfully present this Notice of Removal from the Superior Court

of the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1441, *et seq.*, and state as grounds for removal:[1]

    1.    Plaintiff Zhi Chen has filed an action against the defendants in the Superior Court of the District of Columbia, Civil Division, Case No. 08 CA 0000127 B, alleging that the District of Columbia defendants "subjected [Plaintiff] to an unlawful arrest, and falsely imprisoned and [] subjected [Plaintiff] to excessive and unreasonable use of physical force, deprivation of her right to be secure in her person and [] deprived [Plaintiff] of her rights to be free of punishment and/or deprivation of liberty without due process of law, to the equal protection under the laws as guaranteed by the Fourth and Fifth Amendments."  Compl. ¶ 58.

    2.    This action is removable to this Court because of the existence of federal questions raised by Plaintiff's Complaint.  Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  *See* 28 U.S.C. § 1441(b).  In paragraphs 3 and 55 through 58, the plaintiff raises a federal question by asserting federal claims actionable pursuant to 42 U.S.C. § 1983.

    3.    By filing this Notice of Removal, the District of Columbia and Officer Ha do not waive their right to proper service of process, nor do they waive their right to move to dismiss for improper service of process or for dismissal based upon any other procedural or substantive ground.

---

[1] At the time of the filing of this Notice of Removal, upon information and belief, Plaintiff had not attempted served the other District of Columbia Defendants, Officers Charles D. Monk and Officer Chancham Spears.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit 1 and incorporated by reference herein.

WHEREFORE, defendants pray the action now pending against the in the Superior Court of the District of Columbia, Civil Division, be removed to this Court.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

      /s/  Nicole L. Lynch
    NICOLE L. LYNCH (471953)
    Chief, Section II

      /s/  Shana L. Frost
    SHANA L. FROST (458021)
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6534
    Fax:  (202) 727-3625
    shana.frost@dc.gov

DATE:     February 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2008, I caused the foregoing Notice of Removal to be filed with the Clerk of the D.C. Superior Court using the CaseFileXpress system, which will send notification of such filing to:

    B. Marian Chou
    800 7th Street, NW #201
    Washington, DC 20001

Alan R. Siciliano
DeCarlo, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, Maryland 20706

_/s/ Shana L. Frost_______________
Shana L. Frost
Assistant Attorney General

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Zhi Chen, 510 I Street, NW #5, Washington, DC 20001

## DEFENDANTS

District of Columbia, Officer Charles D. Monk, Officer Nicole Ha, Officer Chancham Spears, Red Roof Inns, Inc. t/a "Red Roof Inn"

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** — DC
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

B. Marian Chou, 800 7th Street, NW #201, Washington, DC 20001, (202) 783-2794

**ATTORNEYS (IF KNOWN)**

Shana L. Frost, Assistant Attorney General, Office of the Attorney General for the District of Columbia, 441 Fourth Street, NW 6th Floor, Washington, DC 20001 (202) 724-6534

Alan R. Siciliano, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, 4601 Forbes Blvd, Suite 200, Lanham, MD 20706 (301) 306-4300

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ⦿ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding  ⦿ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Alleged violation of 4th and 5th Amendment rights; 42 U.S.C. Sec. 1983

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 1,000,000.00    Check YES only if demanded in complaint
**JURY DEMAND:**    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

**DATE** 2/12/2008    **SIGNATURE OF ATTORNEY OF RECORD** /s/

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Filed
D.C. Superior Court
08 Jan 23 P02:49
Clerk of Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ZHI CHEN,                                             :

    Plaintiff                                     :    C.A. No. 2008 CA 000127 B

v.                                                    :    Judge Lynn Leibovitz

DISTRICT OF COLUMBIA, ET AL.,                         :

    Defendant                                     :

## ANSWER TO COMPLAINT

COMES NOW the Defendant, Red Roof Inns, Inc., by and through its attorneys, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and for answer to the Complaint filed herein states:

### FIRST DEFENSE

The Complaint fails to state a claim, either in law or in fact, upon which relief may be granted.

### SECOND DEFENSE

The Plaintiff's claim is barred by the doctrine of contributory negligence.

### THIRD DEFENSE

The Plaintiff's claim is barred by the doctrine of assumption of the risk.

### FOURTH DEFENSE

The Defendant pleads justification.

### FIFTH DEFENSE

This Defendant pleads probable cause.

### SIXTH DEFENSE

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

The Defendant denies agency as alleged.

## SEVENTH DEFENSE

Count I is titled "Personal Injury Against All Defendants," but there appear to be no allegations against the Red Roof Inn and Count I fails to state a claim against it.

## EIGHTH DEFENSE

Count V is a claim of negligence which is duplicative of Count I, and Count V should be dismissed.

## NINTH DEFENSE

1. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted in Paragraph 1 and therefore denies the same.

2. The Defendant denies each and every allegation contained in Paragraphs 2 through 19.

3. The Defendant denies each and every allegation contained in Paragraphs 20 through 26 of Count I.

4. The Defendant denies each and every allegation contained in Paragraphs 27 through 31 of Count II.

5. The Defendant denies each and every allegation contained in Paragraphs 32 through 35 of Count III.

6. The Defendant denies each and every allegation contained in Paragraphs 36 through 38 of Count V.

7. No allegations or claim is made against this Defendant in Paragraphs 39 through 42 of Count VI and no answer is required.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

8. The Defendant denies each and every allegation contained in Paragraphs 43 and 44 of Count VII.

9. The Defendant denies each and every allegation contained in Paragraphs 45 through 53 of Count VIII.

10. No allegations or claim is made against this Defendant in Paragraphs 55 through 58 of Count IX and no answer is required.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By: /s/ Alan R. Siciliano
Alan R. Siciliano
D.C. Bar No. 933283
4601 Forbes Boulevard
Suite 200
Lanham, Maryland 20706
(301) 306-4300
*Counsel for Red Roof Inns, Inc.*
email: asiciliano@decarodoran.com

**REQUEST FOR JURY TRIAL**

The Defendant requests a trial by jury on all issues in this case.

/s/ Alan R. Siciliano
Alan R. Siciliano

**CERTIFICATE OF SERVICE**

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-3-

I HEREBY CERTIFY that on this 23rd day of January, 2008, a copy of the foregoing Answer to Complaint was filed via CaseFileXpress and mailed, postage prepaid, to:

B. Marian Chou, Esq.
800 7th Street, N.W., #301
Washington, D.C. 20001
*Counsel for Plaintiff*

United States Attorney
 for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
*Counsel for the District of Columbia
and Metropolitan Police Department
Officers Monk, Ha & Spears*

/s/ Alan R. Siciliano
Alan R. Siciliano

C:\cfx\AdlibHost\temp\ce8505aa-aa07-4aa4-a4cd-20208090cd48.pre.wpd:sd

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS
PARK
4601 FORBES
BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA
22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-4-