**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ZHI CHEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 08-0252 (PLF)** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION TO CONTINUE**
**THE SCHEDULING CONFERENCE**

The District of Columbia ("District"), by and through undersigned counsel and

with the consent of counsel for Defendant Red Roof Inns, Inc., respectfully requests that

the Court continue the Scheduling Conference currently scheduled for March 19, 2008.

In support thereof, the District states as follows:

1.      Undersigned counsel has filed a Motion to Dismiss the District, as well as

Defendants Metropolitan Police Department Officer Chancham Spears and Officer

Nicole Ha, from this matter based upon improper service of process.  As set forth in that

Motion, Plaintiff has failed to properly serve either of these three Defendants.[1]

2.      Upon information and belief, Plaintiff has not served or attempted to serve

Defendant Charles Monk.

3.      At this juncture, the only Defendant properly before this Court is

Defendant Red Roof Inns, Inc., who filed an Answer in the Superior Court of the District

of Columbia prior to the District's removal of this matter to this Court.

---

[1] The District, by filing this Motion, does not intend to waive its right to proper service of process.

4.      Because no other Defendant has been properly served, the District

respectfully submits that the Court cannot properly exercise jurisdiction over these

Defendants, and thus a scheduling conference and scheduling order is premature at this

point.

5.      Moreover, if and when they are properly served, the District and its police

officers intend to file a substantive motion to dismiss some of the claims in Plaintiff's

Complaint.

6.      Pursuant to LCvR 7(m), the District contacted counsel for Plaintiff and

Defendant Red Roof Inns, Inc. to ascertain their position on this Motion.  Counsel for

Red Roof Inns, Inc. has consented to the relief requested herein.  Plaintiff has not

responded to undersigned counsel's email.

Accordingly, the District respectfully requests that this Court continue the

Scheduling Conference currently scheduled for March 19, 2008 until such time as the

Court has considered the pending Motion to Dismiss, all Defendants are served, and any

substantive dispositive motion has been ruled upon.


                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division


                          /s/  Nicole L. Lynch_____
                        NICOLE L. LYNCH (471953)
                        Chief, Section II

        /s/  Shana L. Frost\
SHANA L. FROST (458021)\
Assistant Attorney General\
441 4th Street, NW, 6th Floor South\
Washington, DC 20001\
(202) 724-6534\
Fax:  (202) 727-3625\
shana.frost@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | |
| ZHI CHEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-0252 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT'S PARTIAL**
**CONSENT MOTION TO CONTINUE THE SCHEDULING CONFERENCE**

1.    Fed. R. Civ. P. 4.

2.    Fed. R. Civ. P. 16.

3.    The record herein.

4.    The interest of justice and the inherent power of this Court.


Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


    /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


    /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

ZHI CHEN

                **Plaintiff,**

    **v.**

DISTRICT OF COLUMBIA, *et al.*,

                **Defendants.**
_____

)
)
)
)
)    **C.A. No. 08-0252 (PLF)**
)
)
)
)
)
)
)

**ORDER**

Before the Court is the District of Columbia's Partial Consent Motion to Continue the Scheduling Conference currently set for March 19, 2008.  Upon consideration of the District of Columbia's Motion, and any response or reply thereto, it is this ___ day of March, 2008:

**ORDERED** that the March 19, 2008 Scheduling Conference in this matter be and hereby is **continued until further Order of this Court.**

_____
Hon. Paul L. Friedman
United States District Judge

Copies served on counsel of record via ECF