UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZHI CHEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-0252 (PLF) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING THE DISTRICT OF COLUMBIA'S MOTION TO CONTINUE THE SCHEDULING CONFERENCE**

The District of Columbia ("District") has been informed by Plaintiff's counsel that Plaintiff will not oppose the District's Motion to Continue the Scheduling Conference. Thus, the Court may treat this Motion as a consent motion.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        NICOLE L. LYNCH (471953)
                        Chief, Section II

                        /s/ Shana L. Frost
                        SHANA L. FROST (458021)
                        Assistant Attorney General
                        441 4th Street, NW, 6th Floor South
                        Washington, DC 20001
                        (202) 724-6534
                        Fax: (202) 727-3625
                        shana.frost@dc.gov

March 12, 2008