**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| Zhi Chen | * |
| | *   Civil action #08 -252 |
| Plaintiff | * |
| | *   Judge: Friedman |
| v. | * |
| District of Columbia, et al. | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

B. Marian Chou, Esq., attorney for Plaintiff, Zhi Chen, hereby submits her opposition as following:

**I. Procedural History**

1. The case was filed in the D.C. Superior Court on January 9, 2008. See Exhibit 1-top page of the compliant with D.C. Superior Court stamp.

2. Plaintiff's attorney sent out the certified mail to Mayor Fenty, Attorney General Office, Officer Ha, and Officer Spears to their official address. On the return card, it was addressed to MPD at the 616 H St., N.W., Washington, D.C.. See Exhibit 2 & 3. Both Mayor Fenty and Attorney General office have signed and returned the certified mail card. Plaintiff's attorney concedes that she does not know who signed the certified return receipts for both officers.

3. Plaintiff's attorney also sent out a copy of compliant and summons to Officer Monk but it was not signed for.

4. On February 14, 2008, Defendants D.C. government, Officer Ha and Officer Spears, by and through their Assistant Attorney General, Ms. S. Frost, filed the "Notice of Removal" to District Court.

1

5. On March 5, 2008, Defendants D.C. government, Officer Ha and Officer Spears by and through their attorney general, filed a "Motion to dismiss".

## II. Factual Background

6. Plaintiff, Zhi Chen, was falsely arrested and detained by Officer Monk in the middle of the "H Street" in Chinatown in the early morning of April 21, 2007 without any probable cause.

7. Defendants, Officers Ha and Spears, assisted Officer Monk, to transport Plaintiff to Red Roof Inn.

8. At the Red Roof Inn, Defendants, Officer Ha and Spears, looked over Officer Monk searched and took Plaintiff's money of $60.00 dollars without any cause whatsoever. After repeated request, Defendant Red Roof Inn provided a receipt to substantiate the alleged owed money. The invoice does not match Plaintiff's name at all.

9. Plaintiff, a Chinese decedent, requested Chinese translator but has never provided one. Allegedly, Plaintiff owed Red Roof Inn $60.00 for a prior invoice.

10. None of the officers followed the any proper procedure to process Plaintiff at any time. None of the officers provided any Miranda warning nor search warrant.

11. Officer Monk, at the same day in around early afternoon, took $60.00 back, along with her photo, to Plaintiff's office and beg her to take her money back and returned the receipt.

## III. Legal Memorandum and Points and Authority

A. Civil Rule 4(m) specifically states that "If service of summons and complaint is not made upon a defendant within 120 days after the filing of the compliant, the

court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time;----."

In this case, it is the Defendant D.C. moves to the District court on February 14, 2008. Plaintiff believes that Plaintiff is entitled to have full 120 days to serve all the Defendants. Plaintiff also believes that the 120-day should start from February 14, 2008.

B. Even the Court will consider the service issue under Rule 12(b)(5), Plaintiff believes that for the economy of judicial efficiency, the Court could grant Defendant's request as to quash the service. There is a reasonable prospect that defendants can be properly served with sufficient process. Further, Plaintiff's case is not without any merits to pursue all the Defendants in this case. Plaintiff also urges the Court that the failure of process or service will not prejudice the Defendants at all. See Federal Civil Rules Handbook (2007), published by Thomson West.

C. In good faith, Plaintiff served the D.C. government to the Office of Attorney General and the returned receipt was signed for. See Exhibit 3. Further, the District of Columbia Government's attorney filed "Notice of removal" by asserting "federal issues" should be treated as *de facto* acknowledgment as to the service, at least acknowledgement Office of Attorney General has received a copy of the complaint and summons. How does the Office of Attorney General be aware of the "federal issues" without reading the complaints? Further, the AAG utilized internal memos to assert the service on the D.C. government is not effective. See

D.C. exhibits of memorandums. It will create tremendous burden on any D.C. citizen who wants to sue the D.C. government or any attorney to find out who are the exact persons as designated persons to accept service before the filing, considering the personnel changes of the OAG from time to time. (As of few weeks ago, Ms. Linda Singleton resigned and is no longer the Attorney General for D.C.)

For the reasons stated above, the Plaintiff requests the Court to deny the Motion to dismiss and allow Plaintiff to have 120-day from February 14, 2008 to perfect the services on the defendants and denied the D.C. and Officer Ha and Officer Spears motion to dismiss.

Respectfully submitted,

/s/  B. Marian Chou

B. Marian Chou, Esq.(D.C.#433279)
Plaintiff Chen's attorney
800 7th Street, NW #201
Washington, D.C., 20001
202-783-2794; 898-1992
bmchou@attorneychou.com

Certificate of Service
I hereby certify that I have e-serve Defendants D.C., Officers Ha, Spears, and Monk to Ms. Shanna L. Frost, Esq. AAG at Shanna Frost@dc.gov and Mr. Alan R. Siciliano, Esq., attorney for Red Roof Inn at asciliano @ decarodoran.com on March 19, 2008.

/s/ B. Marian Chou
B. Marian Chou, Esq., (#433279)

**United States District Court**
**For the District of Columbia**

| | | |
|---|---|---|
| Zhi Chen | * | |
| | * | Civil action #08 -252 |
| Plaintiff | * | |
| | * | Judge: Friedman |
| v. | * | |
| District of Columbia, et al. | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Reviewing the merits of the case and opposition filed by the Plaintiff's counsel and other relevant documents, it is hereby ordered that:

Defendants' D.C. and Officers Ha, Officer Spears Motion to Dismiss is denied; further order that

Plaintiff has 120-day to serve the Defendants, starting from February 14, 2008.

So ordered!

_____
Judge Friedman          Date

Cc: B. Marian Chou, Esq.
    Attorney for Plaintiff

   Mr. Alan R. Siciliano Esq.
   Attorney for Red Roof Inn

   Ms. Shanna Frost, Esq.
   Attorney for D.C., Ha, and Spears

Ex. 1

## DISTRICT OF COLUMBIA
## SUPERIOR COURT

| | | |
|---|---|---|
| Ms. Zhi Chen | * | |
| 510 I St., N.W., #5 | * | Case # |
| Washington, D.C., 20001 | * | |
| | * | |
| Plaintiff | * | Calendar  0000127-08 |
| | * | |
| vs. | * | |
| | * | |
| District of Columbia | * | |
| Serve on Attorney General | * | Judge |
| Mayor Andrian Fenty | * | |
| 1350 Pennsylvania Ave., N.W., | * | |
| Washington, D.C.,   20001 | * | |
| & | * | |
| Officer Charles D. Monk | * | |
| Individually and as a MPD officer | * | |
| c/o 415 4th St., S.W. | * | |
| Washington, D.C., 20024 | * | |
| & | * | |
| Officer Nicole Ha | * | |
| Individually and as a MPD Officer | * | |
| c/o Chinatown Substation | * | |
| & | * | |
| Officer Chancham Spears | * | |
| Individually and as a MPD Officer | * | |
| c/o Chinatown substation | * | |
| & | * | |
| Red Roof Inns, Inc. | * | |
| Trading as "Red Roof Inn" | * | |
| Serve on | * | |
| Corporation Service Company | * | |
| 1090 Vermont Ave., N.W., | * | |
| Washington, D.C., 20005 | * | |
| | * | |
| Defendants | * | |
| | * | |

RECEIVED Civil Clerk's Office JAN 0 9 2008 Superior Court of the District of Columbia Washington, D.C.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

**VIOLATION OF CONSTITUTIONAL RIGHTS; PERSONAL INJURY; GROSS NEGLIGENCE, NEGLIGENCE, FALSE ARREST AND IMPRISONMENT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT SUPERVISION, TRAINING AND MAINTENANCE OF PERSONNEL**

1

Ex. 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_       ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

   Metropolitan Police Dept.
   616 H St. N.W
   Washington, DC 20001

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0001 3865 9682

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE       First-Class Mail
SOUTHERN MD _illegible_            Postage & Fees Paid
                                   USPS
                                   Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

B. Marian Chou, Esq.
800 7th St. N.W Ste 201
Washington, DC 20001

Ms. Nicole Ha
For Chen, Shi

Ex.3

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
Attorney General
441 4th St N.W suite 1060 N
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

Chen Chi

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7/15/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 3865 9668

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Andrian Fenty
1350 Pennsylvania
Ave., N.W.
Washington, D.C., 20001

**COMPLETE THIS SECTION ON DELIVERY**

Chen, Zhi

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Kelvin Park_

C. Date of Delivery: 1/15/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 3865 9651

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Red Roof Inn, Inc
Trading as "Red roof Inn"
Served on
Corporation Service Company
1090 Vermont Ave., N.W
Washington DC., 20005

**COMPLETE THIS SECTION ON DELIVERY**

Z. Chen

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 3865 9644

PS Form 3811, August 2001   Domestic Return Receipt