AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Zhi Chen

SUMMONS IN A CIVIL CASE

v.

D.C. Government, er al.
Officer Monk

CASE NUMBER: 08-0252 PLF

TO: (Name and address of Defendant)

Officer Monk (Supr)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 18th 2008 |
| NAME OF SERVER (PRINT) Jacquelyn Davis | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 415 4st S.W. W.D.C 20024
D.C. Government Police Department.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Supv. discretion then residing therein.

Name of person with whom the summons and complaint were left: Officer Clifton Weaver
Rec for Officer Monk. Weaver call her on the Phone to Let her know.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 18th 08       [signature] Jacquelyn Davis
          Date                   Signature of Server

1748 Hilbourne Pl. N.W. W.D.C. 20010
Address of Server

**RECEIVED**

APR 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.