UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>       Defendants. )<br>) | C.A. No. 08-0252 (PLF) |

**DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION
FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
THE MOTION TO DISMISS FILED BY THE DISTRICT OF COLUMBIA,
CHANCHAM SPEARS, AND NICOLE HA**

Defendant District of Columbia (the "District"), by and through its undersigned counsel, respectfully requests that this Court permit it to file the attached Supplemental Memorandum in Support of its pending Motion to Dismiss, as well as the accompanying exhibits. In support thereof, the District states as follows:

1.     The District, Officer Chancham Spears, and Officer Nicole Ha have filed a Motion to Dismiss based on improper service of process, which is currently pending before the Court. Since the filing of this Motion, Plaintiff has effectuated proper service on Officer Ha, and Officer Ha will be filing a motion to dismiss on substantive grounds in response to Plaintiff's pleading. Upon information and belief, Plaintiff has still not served Officer Spears properly.

2.     Also since the filing of the Motion to Dismiss, Plaintiff has again attempted to serve the District and has filed a proof of service on the District with the Court. Notwithstanding the proof of service, as the attached Supplemental Memorandum

and accompanying exhibits demonstrate, Plaintiff's service on the District was not proper. Thus, the Supplemental Memorandum is necessary to complete the record as it pertains to service of process on the District, Officer Ha and Officer Spears.

3.  Pursuant to LCvR 7(m), undersigned counsel contacted counsel for Plaintiff and for co-Defendant Red Roof Inns. Counsel for Red Roof Inns has consented to the District's request for relief, but counsel for Plaintiff has not yet responded.

Accordingly, the District respectfully requests that the Court permit it to file the attached Supplemental Memorandum and exhibits in support.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

   /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZHI CHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-0252 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FILED BY THE DISTRICT OF COLUMBIA, OFFICER CHANCHAM SPEARS AND OFFICER NICOLE HA**

1. LCvR 7(m).

2. Fed. R. Civ. P. 4.

3. The interest of justice and the record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

    /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South

2

Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZHI CHEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-0252 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DISTRICT OF COLUMBIA'S SUPPLEMENTAL MEMORANDUM TO THE MOTION TO DISMISS FILED BY THE DISTRICT OF COLUMBIA, CHANCHAM SPEARS, AND NICOLE HA**

Defendant District of Columbia (the "District"), by and through its undersigned counsel, hereby files this supplemental memorandum to its Motion to Dismiss, filed March 5, 2008, in which it requested that the Court dismiss the District and Officers Chancham Spears and Nicole Ha ("District Defendants")[1] from this matter for failure to comply with Fed. R. Civ. P. 4.  *See* Dkt. # 2.  For the reasons set forth herein and in the previously filed Motion to Dismiss, Memorandum in Support, and Reply Memorandum, the District respectfully requests that the District and Officer Spears be dismissed.[2]

**I.**     *Factual Background*

As explained in the District Defendant's opening Memorandum, Plaintiff originally attempted service of process on the District via certified mail addressed generally to the office of the Mayor of the District of Columbia (the "Mayor").  Mem. in

---

[1] The Office of the Attorney General does not represent the other police officer named as a defendant, Officer Charles Monk, in this matter.

[2] It appears that Plaintiff has finally properly served Officer Ha.  Office Ha will be filing a dispositive motion in response to Plaintiff's Complaint.  On information and belief, no service has been made on Officer Spears.

Supp. of Mot. to Dismiss, Ex. 3. Since the filing of this dispositive motion, which essentially provided Plaintiff a road map of how to serve the District properly, Plaintiff has again attempted to serve the District via certified mail addressed to "Tabatha Braxton or Thompson [sic]" at the Office of the Secretary of the District of Columbia. *See* Ex. A Affidavit of Service on Mayor (May 2, 2008) (Dkt. #8). As explained below, however, this second attempt again fails to comply with the federal and local rule for proper service of process as none of the designated agents received the certified mailing.

**II.**     *Argument*

As this Court previously has observed, to effectuate service of process on the District, Plaintiff must deliver "a copy of the summons and the complaint to the chief executive officer [here, the Mayor of the District of Columbia]," or serve "the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant." *Tafler v. District of Columbia*, 2006 U.S. Dist. LEXIS 81714, *14 (D.D.C. Nov. 8, 2006) (Friedman, J.) (quoting Fed. R. Civ. P. 4(j)(2)) (internal quotations omitted). Specifically,

> Service shall be made upon the District of Columbia by delivering . . . or mailing (pursuant to paragraph (c)(3)) a copy of the summons, complaint and initial order to the Mayor of the District of Columbia (or designee) and the Corporation Counsel [now the Attorney General] of the District of Columbia (or designee). The Mayor and the Corporation Counsel may each designate an employee for receipt of service of process by filing written notice with the Clerk of the [Superior] Court.

*Id.* at *14-15 (quoting D.C. Super. Ct. Civ. R. 4(j)(1)) (internal quotations omitted).

As explained by the District Defendants in their opening brief, the Secretary of the District of Columbia, pursuant to Mayor's Order 2004-77 (May 14, 2004), has designated Tabatha Braxton, Arlethia Thompson, and Erica Easter to receive legal

2

correspondence, including service of process on behalf of the Mayor. *See* Mot. to Dismiss Ex. 4 (January 16, 2007 Memorandum).

Plaintiff's first attempt to serve the District was insufficient because the certified mail package containing the complaint, summons, and initial order was addressed only generally to the Mayor's office and was not received by any of the above named designees. Plaintiff's second attempt was also by certified mail, return receipt requested, and, in this instance, was addressed to "Tabatha Braxton or Thompson" at the Office of the Secretary of the District of Columbia. Ex. A (Affidavit of Service on Mayor). As demonstrated by the attached declarations, however, none of the designees actually received the certified mailing. *See* Ex. B (Braxton Declaration (May 13, 2008)); Ex. C (Thompson Declaration (May 13, 2008)); Ex. D (Easter Declaration (May 13, 2008)). That mail was apparently received and the return receipt signed by an individual other than the designees. *Id.*

Unlike *Tafler*, where the plaintiff remedied the originally insufficient service of process by serving an appropriate designee of the Mayor, 2006 U.S. Dist. LEXIS 81714 *18, Plaintiff here has still failed to effectuate service of process on an appropriate designee of the Mayor. *See Byrd v. District of Columbia*, 230 F.R.D. 56, 59 (D.D.C. 2005) (Friedman, J.) (noting "established District of Columbia precedent that service of process is invalid when the plaintiff sends a summons and complaint by certified mail to a defendant's offices but the mail is signed for by a secretary, receptionist, or other individual not specifically authorized to accept service of process."). Thus, the reasoning provided in the District's original Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5),

addressing Plaintiff's first failure to effectuate service, applies equally to this second attempt.[3]

### III.   *Conclusion*

For the reasons stated above, the District and Officer Spears respectfully request that the Court dismiss the matter against them.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        ___/s/  Samuel C. Kaplan_____
                        SAMUEL C. KAPLAN (463350)
                        Assistant Deputy Attorney General

                        ____/s/  Shana L. Frost_____
                        SHANA L. FROST (458021)
                        Assistant Attorney General
                        441 4th Street, NW, 6th Floor South
                        Washington, DC 20001
                        (202) 724-6534
                        Fax:  (202) 727-3625
                        shana.frost@dc.gov

---

[3] Plaintiff's second attempt to serve the Office of the Attorney General also fails as the return receipt filed with the Court is not signed by any of the Attorney General's designated representatives.  However, because service on the Mayor is the minimum prerequisite for service of process in this Court, Plaintiff's failed service on the Attorney General is irrelevant and need not be addressed in this Memorandum.

# UNITED STATES DISTRICT COURT
## District of Columbia

Zhi Chen

V.

D.C. Government, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-0252 PLF

TO: (Name and address of Defendant)

D.C Government, served on D.C Government office of Secretary 1350 Pennsylvania Ave. NW washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 28, 2008 |
| NAME OF SERVER (PRINT) by post office | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on defendant by certified mail, with return receipt. The certified mail No. is 7003 2260 0001 3865 9781

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 1, 2008         D. Mark Chou
             Date                 Signature of Server

800 7th St., N.W. #201
Wash. D.C. 20001
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tabatha Braxton, or Thompson
D.C. Government, office of
Secretary       ste 419
1350 Pennsylvania Ave. NW
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  4/28/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7003 2260 0001 3865 9781

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Chen, Zhi (Servia)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-0252 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF TABATHA BRAXTON

I, Tabatha Braxton, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed as a Staff Assistant by the Office of the Secretary, Washington, D.C. I have held this position since _____August_____ (1990).

3. I was not personally served with the Summons and Complaint in this matter.

4. It is my understanding that the Plaintiff in this case attempted service of the Summons and Complaint upon the Mayor of the District of Columbia by certified mail, return receipt requested, addressed to me, as the Mayor's designee to accept service of process, at my place of employment, located at 1350 Pennsylvania Avenue, NW. The certified mail package was apparently signed for by another employee. I have reviewed the Proof of Service that Plaintiff has filed, attached hereto as Exhibit A, which includes the return receipt for the certified mailing. The signature found on the certified mail package return receipt is not mine. To the best of my knowledge, the individual who

signed the receipt is not authorized to accept service on behalf of the Mayor of the District of Columbia.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed on May 14, 2008.

*Tabatha Braxton*
Tabatha Braxton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-0252 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF ARLETHIA THOMPSON

I, Arlethia Thompson, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed as an Executive Assistant by the Office of the Secretary, Washington, D.C. I have held this position since 6/2006 (yyyy).

3. I was not personally served with the Summons and Complaint in this matter.

4. It is my understanding that the Plaintiff in this case attempted service of the Summons and Complaint upon the Mayor of the District of Columbia by certified mail, return receipt requested, addressed to me, as the Mayor's designee to accept service of process, at my place of employment, located at 1350 Pennsylvania Avenue, NW. The certified mail package was apparently signed for by another employee. I have reviewed the Proof of Service that Plaintiff has filed, attached hereto as Exhibit A, which includes the return receipt for the certified mailing. The signature found on the certified mail package return receipt is not mine. To the best of my knowledge, the individual who

signed the receipt is not authorized to accept service on behalf of the Mayor of the District of Columbia.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed on May 13, 2008.

*Arlethia Thompson*
Arlethia Thompson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-0252 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF ERICA EASTER**

I, Erica Easter, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed as Chief of Staff by the Office of the Secretary, Washington, D.C. I have held this position since 2007.

3. I was not personally served with the Summons and Complaint in this matter.

4. It is my understanding that the Plaintiff in this case attempted service of the Summons and Complaint upon the Mayor of the District of Columbia by certified mail, return receipt requested, delivered to my place of employment, located at 1350 Pennsylvania Avenue, NW. The certified mail package was apparently signed for by another employee. I have reviewed the Proof of Service that Plaintiff has filed, attached hereto as Exhibit A, which includes the return receipt for the certified mailing. The signature found on the certified mail package return receipt is not mine. To the best of my

knowledge, the individual who signed the receipt is not authorized to accept service on behalf of the Mayor of the District of Columbia.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed on May 13, 2008.

*/s/ Erica Easter*
Erica Easter