UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>    Defendants. )<br>) | C.A. No. 08-0252 (PLF) |

**ERRATA**

The District of Columbia hereby files this Errata to correct the Supplemental Memorandum to the Motion to Dismiss filed by the District of Columbia, Chancham Spears, and Nicole Ha. In that Memorandum, the District inadvertently omitted that Abby Frankson, Special Assistant in the Office of the Secretary of the District of Columbia, is also authorized to accept service of process on behalf of the Mayor of the District of Columbia. As indicated by the Declaration attached hereto as Exhibit 1, Ms. Frankson did not receive the summons and complaint in the above-referenced matter.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    __/s/  Samuel C. Kaplan_____
    SAMUEL C. KAPLAN (463350)
    Assistant Deputy Attorney General

    ___/s/  Shana L. Frost_____
    SHANA L. FROST (458021)

Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHI CHEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 08-0252 (PLF) |

DECLARATION OF ABBY FRANKSON

I, Abby Frankson, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am currently employed as a Special Assistant by the Office of the Secretary, Washington, D.C. I have held this position since 2007.

3. I am authorized by the Secretary of the District of Columbia to accept service of process and other legal mail on behalf of the Mayor.

4. I was not personally served with the Summons and Complaint in this matter.

5. It is my understanding that the Plaintiff in this case attempted service of the Summons and Complaint upon the Mayor of the District of Columbia by certified mail, return receipt requested, delivered to my place of employment, located at 1350 Pennsylvania Avenue, NW. The certified mail package was apparently signed for by another employee. I have reviewed the Proof of Service that Plaintiff has filed, attached

hereto as Exhibit A, which includes the return receipt for the certified mailing. The signature found on the certified mail package return receipt is not mine.

I have reviewed the foregoing declaration, and I declare under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed on May 27, 2008.

*Abby Frankson*
Abby Frankson

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Zhi Chen

v.

D.C. Government, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 - 0252 PLF

TO: (Name and address of Defendant)

D.C Government, served on D.C Government office of secretary 1350 Pennsylvania Ave. NW Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 28, 2008 |
| NAME OF SERVER (PRINT) by Post office | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on defendant by certified mail, with return receipt. The certified mail No. is 7003 2260 0001 3865 9781

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 1, 2008    D. Mark Chou
                Date        Signature of Server

800 7th St., N.W. #201
Wash. D.C. 20001
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tabatha Braxton, or Thompson
D.C. Government, Office of
Secretary                Ste 419
1350 Pennsylvania Ave. NW
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4/28/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7003 2260 0001 3865 9781

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Chen, Zhi (Servia)