**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| Zhi Chen | * |
|  | *   Civil action #08 -252 |
| Plaintiff | * |
|  | *   Judge: Friedman |
| v. | * |
| District of Columbia, et al. | * |
|  | * |
| Defendants | * |

*********************************************************************

## OPPOSITION TO D.C.'S MOTION TO DISMISS

B. Marian Chou, Esq., attorney for Plaintiff, Zhi Chen, hereby submits her opposition as following:

**I. Procedural History**

1. The case was filed in the D.C. Superior Court on January 9, 2008.

2. Plaintiff's attorney sent out the certified mail to Mayor Fenty, Attorney General Office, Officer Ha, and Officer Spears to their official address.  On the return card, it was addressed to MPD at the 616 H St., N.W., Washington, D.C..  See Exhibit 2 & 3.  Both Mayor Fenty and Attorney General office have signed and returned the certified mail card.  Plaintiff's attorney concedes that she does not know who signed the certified return receipts for both officers.

3. Plaintiff's attorney has served Officer Monk by process server in April, 2008.  The process server filed her return of the service with the Court.

4. On February 14, 2008, Defendants D.C. government, Officer Ha and Officer Spears, by and through their Assistant Attorney General, Ms. S. Frost, filed the "Notice of Removal" to District Court.

5. On March 5, 2008, Defendants D.C. government, Officer Ha and Officer Spears by and through their attorney general, filed a "Motion to dismiss".

**II. Factual Background**

6. Plaintiff, Zhi Chen, was falsely arrested and detained by Officer Monk in the middle of the "H Street" in Chinatown in the early morning of April 21, 2007 without any probable cause.

7. Defendants, Officers Ha and Spears, assisted Officer Monk, to transport Plaintiff to Red Roof Inn.

8. At the Red Roof Inn, Defendants, Officer Ha and Spears, looked over Officer Monk searched and took Plaintiff's money of $60.00 dollars without any cause whatsoever. After repeated request, Defendant Red Roof Inn provided a receipt to substantiate the alleged owed money. The invoice does not match Plaintiff's name at all.

9. Plaintiff, a Chinese decedent, requested Chinese translator but has never provided one. Allegedly, Plaintiff owed Red Roof Inn $60.00 for a prior invoice.

10. None of the officers followed the any proper procedure to process Plaintiff at any time. None of the officers provided any Miranda warning nor search warrant.

11. Officer Monk, at the same day in around early afternoon, took $60.00 back, along with her photo, to Plaintiff's office and begged her to take her money back and returned the receipt.

**III. Legal Memorandum and Points and Authority**

A. Civil Rule 4(m) specifically states that "If service of summons and complaint is not made upon a defendant within 120 days after the filing of the compliant, the

court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time;----."

In this case, it is the Defendant D.C. moves to the District court on February 14, 2008. Plaintiff's attorney avers that the Court can direct the service to be effected within a specified time.

B. Even the Court will consider the service issue under Rule 12(b)(5), Plaintiff believes that for the economy of judicial efficiency, the Court could grant Defendant's request as to quash the service. There is a reasonable prospect that defendants can be properly served with additional efforts. Further, Plaintiff's case is not without any merits to pursue all the Defendants in this case. Plaintiff also urges the Court that the failure of process or service will not prejudice the Defendants at all. See Federal Civil Rules Handbook (2007), published by Thomson West.

C. In good faith, Plaintiff re-served the D.C. government by certified mail, returned receipt required. Plaintiff also hired professional process server served Officer Ha. Officer Spears is harder to locate than Officer Ha.

**IV. Plaintiff's counsel will hire process server to serve D.C. government designated persons right away to effectuate the service**

Court can see that Plaintiff's counsel has honestly tried to effectuate the service on D.C. Government's designated employees. Plaintiff's counsel has no reasons to suspect the signature is not the designated person to accept service until the D.C. filed their affidavits with all the supplemental proofs. Plaintiff's counsel

3

then realized the service has not been effectuated.  To improve the service, Plaintiff's attorney will have the third attempt to hire process serve the designated persons to avoid any further delay.

For the reasons stated above, the Plaintiff requests the Court to allow Plaintiff to reserve the D.C. government by process server within 30-day period.

>
> Respectfully submitted,
>
> /s/  B. Marian Chou
>
> B. Marian Chou, Esq.(D.C.#433279)
> Plaintiff Chen's attorney
> 800 7th Street, NW #201
> Washington, D.C., 20001
> 202-783-2794; 898-1992
> bmchou@attorneychou.com

Certificate of Service

I hereby certify that I have e-serve Defendants D.C., Officer Ha, to Ms. Shanna L. Frost, Esq. AAG at Shanna Frost@dc.gov and Mr. Alan R. Siciliano, Esq., attorney for Red Roof Inn at asciliano @ decarodoran.com and by mail to Officer Monk at his police station on June 6, 2008.

> /s/ B. Marian Chou
> B. Marian Chou, Esq., (#433279)

N/A
N/A
N/A
N/A

**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| Zhi Chen | * |
| | *   Civil action #08 -252 |
| Plaintiff | * |
| | *   Judge: Friedman |
| v. | * |
| District of Columbia, et al. | * |
| | * |
| Defendants | * |

*******************************************************************

## ORDER

Reviewing the merits of the case and opposition filed by the Plaintiff's counsel and other relevant documents, it is hereby ordered that:

Defendants' D.C. and Officers Ha, Officer Spears Motion to Dismiss is denied; further order that

Plaintiff has 30-day to re-serve the Defendants D.C. and Officer Spears, starting from June ___, 2008.

So ordered!

_____
Judge Friedman            Date

Cc: B. Marian Chou, Esq.
    Attorney for Plaintiff

   Mr. Alan R. Siciliano Esq.
   Attorney for Red Roof Inn

   Ms. Shanna Frost, Esq.
   Attorney for D.C., Ha, and Spears