## United States District Court
## For the District of Columbia

| | | |
|---|---|---|
| Zhi Chen | * | |
| | * | Civil action #08 -252 |
| Plaintiff | * | |
| | * | Judge: Friedman |
| v. | * | |
| District of Columbia, et al. | * | |
| | * | |
| Defendants | * | |

*************************************************************

## OPPOSITION TO NICOLE HA'S MOTION TO DISMISS

B. Marian Chou, Esq., attorney for Plaintiff, Zhi Chen, hereby submits her opposition as following:

### I. Factual Background

1.  Plaintiff, Zhi Chen, was falsely arrested and detained by Officer Monk in the middle of the "H Street" in Chinatown in the early morning of April 21, 2007 without any probable cause.

2.  Defendants, Officers Ha and Spears, assisted Officer Monk, to transport Plaintiff to Red Roof Inn.

3.  At the Red Roof Inn, Defendants, Officer Ha and Spears, looked over Officer Monk searched and took Plaintiff's money of $60.00 dollars without any cause whatsoever.  After repeated request, Defendant Red Roof Inn provided a receipt to substantiate the alleged owed money.  The invoice does not match Plaintiff's name at all.

4.  Plaintiff, a Chinese decedent, requested Chinese translator but has never provided one.  Allegedly, Plaintiff owed Red Roof Inn $60.00 for a prior invoice.

5.  None of the officers followed the any proper procedure to process Plaintiff at any time.  None of the officers provided any **<u>Miranda</u>** warning nor a valid search warrant.

6.  Officer Monk, at the same day in around early afternoon, took $60.00 back, along with Plaitniff's mug shot photo, to Plaintiff's office and begged her to take her money back and returned the receipt.  Plaintiff has asked another Chinese woman as translator and refused to take her money back in exchange of her receipt.

7.  There is no discovery conducted from D.C. Government to Plaintiff, although Plaintiff has sent discovery request to D.C. government after Plaintiff has sent the complaint to D.C. government the second time.  There is some discovery request between Red Roof Inn and Plaintiff.  The government files a "Motion to dismiss" on May 21, 2008.

**III. Legal Memorandum and Points and Authority**

**1.  Plaintiff does not have to prove that she can win the judgment**

Plaintiff believes that she has made sufficient facts to support a cognizable legal claim.  When a claim is challenged under this Rule 12(b)(6), the Court presumes that all well-pleaded allegations are true, resolves all doubts and inferences in pleader's favor and views the pleading in light most favorable to the non-moving party.  In this case, Plaintiff stated clearly that she was wrongfully arrested, detained and robbed by MPD officers.  The whole incident happened and broke down by time, place and people.

How far the drive by MPD officers Ha and Spears are not relevant to decide the case's dismissal, but the officers' behavior and constriction of Plaintiff's freedom are serious than downplaying the whole case. Government has failed to look at the "mosaic of the whole picture", but tried to sliver Officer's Ha's role in the whole incident.

The compliant might not need to identify a particular legal theory at all. In this case, Plaintiff has identified different causes of action to pursue her claim.

**2. The burden of proof lies with the moving party**

The government tried to state that Plaintiff has failed to state a claim for false arrest and imprisonment against Officer Ha, and failed to state a cliam for intentional infliction of emotional distress against Officer Ha; Negligence and civil rights violations. The government averred that the Court can decide all the elements at this moment without any discovery conducted at all. The government cannot prove that none of the alleged incidents happened. On the other hand, Before Plaintiff files this case, she has gone over to the D.C. police, Chinatown station to report her incident with Officer Ha's supervisor afterwards. Plaintiff has made and sent her complaints to D.C. Mayor Fenty. Plaintiff also took her complaint with D.C. Office of Civilian Complaint Center and received a favorable decision. In the complaint, Plaintiff has numerated her causes of actions. Plaintiff has stated a "cognizable claim for relief." All the elements of each claim should be decided by the jury.

**3. Extrinsic materials can support the claim**

Plaintiff will provide a copy of the report to prove that Plaintiff has filed a complaint against Officer Monk and Office of Civilian Complaint Center has found in favor of Plaintiff.  Further, Plaintiff has received one peculiar receipt to substantiate her claim of her ordeal, although she has never stayed at the Red Roof Inn.  Red Roof Inn's counsel has received a copy of the receipt already.  Plaintiff's counsel will supply scanned proof tomorrow due to no scanner at her office.

**4.  Officer Ha is in cooperation with Officer Monk to effectuate an unlawful arrest and violating Plaintiff's civil rights**

Officer Ha should recognize Plaintiff very well because Plaintiff has worked in Chinatown bus company and called for police from time to time. Officer Ha has answered calls from time to time.  Officer Ha should at least made initial inquiry when she saw Plaintiff in handcuff.  Whether Officer Ha made a "Terry stop" or arrest, it is subject to discovery and deposition.  D.C. government has tried to split hair to separate Ha's causes of actions.

For the reasons stated above, the Plaintiff requests the Court to deny officer Ha and D.C. government's motion to dismiss.

Respectfully submitted,

/s/  B. Marian Chou

B. Marian Chou, Esq.(D.C.#433279)
Plaintiff Chen's attorney
800 7th Street, NW #201
Washington, D.C., 20001
202-783-2794; 898-1992
bmchou@attorneychou.com

4

<u>Certificate of Service</u>

I hereby certify that I have e-serve Defendants D.C., Officer Ha, to Ms. Shanna L. Frost, Esq. AAG at Shanna <u>Frost@dc.gov</u> and Mr. Alan R. Siciliano, Esq., attorney for Red Roof Inn at asciliano @ decarodoran.com and by mail to Officer Monk at his police station on June 6, 2008.

/s/ B. Marian Chou
B. Marian Chou, Esq., (#433279)

**United States District Court**
**For the District of Columbia**

Zhi Chen                                    *
                                            *        Civil action #08 -252
          Plaintiff                         *
                                            *        Judge: Friedman
v.                                          *
District of Columbia, et al.                *
                                            *
          Defendants                        *
*********************************************************************

**ORDER**

Reviewing the merits of the case and opposition filed by the Plaintiff's

counsel and other relevant documents, it is hereby ordered that:

Defendants' D.C. and Officers Ha, Officer Spears Motion to Dismiss is

denied; further order that

Plaintiff has 30-day to re-serve the Defendants D.C. and Officer Spears,

starting from June ___, 2008.


So ordered!


_____
Judge Friedman                    Date

Cc:  B. Marian Chou, Esq.
     Attorney for Plaintiff

     Mr. Alan R. Siciliano Esq.
     Attorney for Red Roof Inn

     Ms. Shanna Frost, Esq.
     Attorney for D.C., Ha, and Spears